**ORIGINAL**

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2005

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CHRISTOPHER A. MCGUIRE**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:   1:02CR00264-002<br>USM Number:   89035-022<br>Jonathan Burge, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of condition(s) General Condition and Standard Condition No. 3 of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **6977**

Defendant's Residence Address:
**1052 Ala Nanu St. #501**
**Honolulu, Hi 96818**

Defendant's Mailing Address:
**1052 Ala Nanu St. #501**
**Honolulu, Hi 96818**

March 11, 2005
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**KEVIN S. C. CHANG**, United States Magistrate Judge
Name & Title of Judicial Officer

MAR 16 2005
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:02CR00264-002 | | Judgment - Page 2 of 3 |
|---|---|---|---|
| DEFENDANT: | CHRISTOPHER A. MCGUIRE | | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject's urine specimens submitted tested positive for methamphetamine/amphetamine and marijuana | 9/24/04, 9/29/04 and 10/04/04 |
| 2 | Subject refused to report for drug testing as directed by his probation officer | 10/08/04 |
| 3 | Subject failed to complete the Salvation Army Addiction Treatment Services Program as directed by his probation officer | |
| 4 | Subject failed to gain entry into the Habilitat residential substance abuse treatment program as directed by his probation officer | |
| 5 | Subject engaged in conduct constituting two acts of Unauthorized Entry into a Motor Vehicle | 12/11/04 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:02CR00264-002 | Judgment - Page 3 of 3 |
| DEFENDANT: | CHRISTOPHER A. MCGUIRE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 MONTHS .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                       UNITED STATES MARSHAL

                              By _____
                                                       Deputy U.S. Marshal